468 A.2d 824

Commonwealth v. McNeill, Appellant.
Petition for Allowance of Appeal
Denied Mar. 7, 1984.

 Submitted March 10, 1982. Joseph J. Schafle, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.

468 A.2d 824

Commonwealth v. Miller, Appellant.
Petition for Allowance of Appeal
Denied Mar. 7, 1984.

 Argued September 15, 1983. William G. Brown, Assistant Public Defender, for appellant; F. Ned Hand, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.